AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Theodore Woolings Bye III | ) Case No. 4:21 mj 6 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **6/4/2020 & 8/25/2020** in the county of **Horry** in the District of **South Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*
Yvette A. Thomas, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2021

*Judge's signature*

City and state: Florence, South Carolina
Hon. Thomas E. Rogers III U.S. Magistrate Judge
*Printed name and title*