IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Case No.: 4:21CR173-SAL |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| Theodore Woolings Bye, III | ) | |

The Defendant, __Theodore Woolings Bye, III__, having withdrawn his/her plea of Not Guilty entered __June 29, 2021__, pleads GUILTY to Count(s) __Four (4)__ of the SUPERSEDING Indictment after arraignment in open court.

_____
(Signed) Defendant

Date: 12-8-2021
Florence, South Carolina